**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **ROBERT H. GARDNER, SR., on** | : | **CLASS ACTION COMPLAINT** |
| **behalf of himself and all others** | : | |
| **similarly situated,** | : | |
| | : | **CASE NO.** |
| **Plaintiff,** | : | FILED: OCTOBER 13, 2008 |
| | : | 08CV5838 |
| **v.** | : | JUDGE ZAGEL |
| | : | MAGISTRATE JUDGE BROWN |
| **BLATT, HASENMILLER,** | : | AO |
| **LEIBSKER & MOORE, LLC,** | : | |
| | : | |
| **Defendant.** | : | |

## CLASS ACTION COMPLAINT

## I.    INTRODUCTION

1.    This action is brought by Robert H. Gardner, Sr., on behalf of himself and all others similarly situated, against Defendant Blatt, Hasenmiller, Leibsker & Moore, LLC for violations of the Fair Debt Collection Practices Act, §§1692 *et seq.* (hereinafter "FDCPA"). The FDCPA regulates the behavior of debt collectors attempting to collect a debt on behalf of another. Mr. Gardner, Sr. and the class he seeks to represent request that the practices of Defendant, as described below, be declared to violate the FDCPA. Further, Plaintiff and the class request an award of statutory damages payable by the Defendant.

1

## II.  JURISDICTION AND VENUE

2.      Jurisdiction of this court arises pursuant to 15 U.S.C. §1692k(d) and 28 U.S.C. §1331.  Declaratory relief is available pursuant to 28 U.S.C. §§2201 and 2202.  Venue is appropriate in the Northern District of Illinois pursuant to 28 U.S.C. §1391(b) and ( c) because Defendant is located here.

## III.  PARTIES

3.      Plaintiff Robert H. Gardner, Sr. is an individual who resides in Phoenix, Arizona.  Mr. Gardner, Sr. is a "consumer" as defined by the FDCPA, 15 U.S.C. § 1692a(3).

4.      Defendant Blatt, Hasenmiller, Leibsker & Moore, LLC is a professional corporation with its principal place of business located at125 S. Wacker Drive, Suite 400, Chicago, IL 60606-4440.

5.      Defendant is directly or indirectly engaged in the business of a professional debt collection agency and uses the mail in a business whose principal purpose is the collection of consumer debts and regularly attempts to collect debts due another.  Defendant is a "debt collector" as defined by the FDCPA, 15 U.S.C. § 1692a(6).

## IV.  FACTUAL ALLEGATIONS

6.      Mr. Gardner, Sr. incurred an alleged debt to FIA Card Services, N.A.

FKA MBNA America Bank, N.A.  (hereinafter "the Debt")

7.      The alleged Debt was incurred by Mr. Gardner, Sr. for personal,

family, or household use, *i.e.*  – a personal credit card for his individual use.

8.      On or about October 15, 2007 Defendants mailed to Mr. Gardner, Sr.

a letter seeking to collect the Debt.  A copy is attached hereto as Exhibit A.

9.      Exhibit A was written on the letterhead

**Law Offices**
**Blatt, Hasenmiller, Leibsker & Moore, LLC**

10.      In the upper right corner of the letterhead of Exhibit A, the names and

bar admissions of 21 attorneys are listed.

11.      Exhibit A references "Reference # 2018379," "Account  #:

4264287999638949," and "Amount Due $21879.47."

12.      Exhibit A states in part" "Please be advised that this firm represents

the above named creditor."

13.      Exhibit A contains the following closing:

Thank you,


Blatt, Hasenmiller, Leibsker & Moore, LLC

14.      Upon information and belief, no attorney conducted a professional

review of Mr. Gardner, Sr.'s account before Exhibit A was sent.

## V.    <u>DEFENDANTS' PRACTICES AND POLICIES</u>

15.    It is the standard practice and policy of Defendant to falsely represent or imply that an attorney has reviewed the consumer's file when no attorney has done so.

16.    It is the standard practice and policy of Defendants to use any false representation or deceptive means to collect or attempt to collect any debt or obtain information regarding a consumer.

## VI.    <u>CLASS ALLEGATIONS</u>

17.    This action is brought as a class action. The class is defined as: (i) all persons with addresses within the State of Arizona, (ii) who were sent one or more letters by Defendant in the form of <u>Exhibit A</u> (attached to the Complaint); (iii) to recover a debt allegedly due FIA Card Services, N.A. FKA MBNA America Bank, N.A. incurred for personal, family, or household purposes; (iv) which letters were not returned undelivered by the United States Postal Service (v) during the one year period prior to the filing of this Complaint through the date of class certification.

18.    The class is so numerous that joinder of all members is impractical.

19.    Questions of law and fact are common to the class, which predominate over any questions affecting only individual members. The principal

issues are:

    a.    Whether Defendant violated the FDCPA by falsely representing or implying that an attorney had reviewed the consumer's file before letters in the form of <u>Exhibit A</u> were sent; and

    b.    Whether Defendant violated the FDCPA by using any false representation or deceptive means to collect or attempt to collect any debt or obtain information concerning a consumer.

20.    There are no individual questions, other than whether a class member received a telephone message from Defendant which can be determined by ministerial inspection of Defendant's records.

21.    Plaintiff's claims are typical of the claims of the class, all of which arise from the same operative facts and are based on the same legal theories.

22.    A class action is the superior method for the fair and efficient adjudication of this controversy. Classwide damages are an essential to induce Defendants to comply with federal law. The interest of class members in individually controlling the prosecution of separate claims against Defendant is small because the maximum statutory damages in an individual FDCPA action are $1000.00. Management of these class claims are likely to present significantly

5

fewer difficulties than those presented in many class claims, *e.g.*, securities fraud.

## VII.   CLAIM FOR RELIEF

23.   Plaintiff incorporates the foregoing paragraphs by reference.

24.   Defendant violated 15 U.S.C. §1692e(3) by sending Plaintiff and the class members collection letters in the form of <u>Exhibit A</u> that falsely represent or imply that an attorney has reviewed the consumer's file before collection letters were sent.

25.   Defendant violated 15 U.S.C. §1692e(10) by sending Plaintiff and the class members collection letters that used false representations or deceptive means to collect or attempt to collect any debt or to obtain information regarding a consumer.

//

//

//

//

//

//

//

//

## VIII. **REQUEST FOR RELIEF**

WHEREFORE, Plaintiff Robert H. Gardner, Sr., on behalf of himself and the class he seeks to represent, requests that the following be entered against Defendant Blatt, Hasenmiller, Leibsker & Moore, LLC:

A.    Declaratory judgment that Defendants' practices violate the FDCPA;

B.    The maximum amount of statutory damages provided by 15 U.S.C. § 1692k;

C.    Attorneys fees, litigation expenses, and costs; and

D.    Such other or further relief as the Court deems appropriate.

 S/ O. Randolph Bragg
O. Randolph Bragg
Craig M. Shapiro
HORWITZ, HORWITZ & ASSOC.
25 East Washington St., Suite 900
Chicago, Illinois 60602
(312) 372-8822
(312) 372-1673 (facsimile)
rand@horwitzlaw.com
craig@horwitzlaw.com

Philip D. Stern
Wacks & Hartmann, LLC
55 Madison Avenue, Suite 320A
Morristown, NJ 07960-7397
(973) 644-0770
(973) 644-2224 (facsimile)
pstern@wackslaw.net

ATTORNEYS FOR PLAINTIFF

# EXHIBIT A

10/21/2007 11:33 6023588787 GARDNER PAGE 04

Ira F. Leibsker *
Leon W. Moore *
Kenneth R. Wake * ^ o

Frank A. Janello * -
Marlaina C. Strunk *
Gregory R. Dye * + .
Brian D. Maynard *
Kliment P. Mitreski * o
Mark J. Johnson *
Jacquelyn T. Vengal *
Jason M. Shulman *
Amber M. Stine '
Raj Jutla *
Anna Chansomphou David *
Keith Wervas *
Ron Z. Opher . ~
Eduardo M. Pallares ^
Edward A. B. Castaldo o
Tamara M. K. Shults *
Christopher D. Boehm * ^
Laura P. Huntley *

Law Offices
# Blatt, Hasenmiller, Leibsker & Moore LLC
125 South Wacker Dr. * Suite 400 * Chicago, Illinois 60606-4440
Phone 312/704-9440 * Outside Chicago 800/357-9609
Fax 312/704-9430

ROBERT H GARDNER      2018379      10-15-07
4319 E WESCOTT DR
PHOENIX AZ 85050-0000

Licensed In:
IL *, IN o
MI ^, OH +
AZ ', PA .
NJ ~, MO .

Reference #:  2018379
Creditor:       FIA CARD SERVICES, N.A. FKA MBNA AMERICA BANK, N.A
Original Creditor:
Account #:     4264287999638949
Account Type: VISA CARD
Amount Due:  $ 21879.47
Debtor:      ROBERT H GARDNER

Please be advised that this firm represents the above named creditor. We have provided above the original creditor name if applicable. Your account has been referred to this office for collection. As of this date, you owe the Amount Due shown above. Because of interest, late charges, and other charges that may vary from day to day, the amount due on the day you pay may be greater. Hence, if you pay the amount shown above, an adjustment may be necessary after we receive your payment, in which case we will inform you before depositing the check for collection. For further information, write this office or call us at 866-269-9861.

Demand is hereby made upon you for payment of the Amount Due. If you cannot make remittance of the total Amount Due, but wish to make partial payment and discuss payment terms, call this office with your proposal. You are hereby advised that this is an attempt to collect a debt, and that this firm is acting pursuant to the Fair Debt Collection Practice Act, 15 U.S.C.A., Sec. 1692 et seq.; any information obtained will be used for this purpose.

If you do not dispute the validity of this debt, or any portion thereof, within 30 days of receipt of this letter, we will assume it is valid. If you do dispute the validity of this debt, or any portion thereof, please notify us in writing, within 30 days of receipt of this letter and we will mail verification of the debt, or a copy of a judgment, if applicable, to you. We will also provide you with the name and address of the original creditor, if different from the current Creditor, if you request the same from us, in writing, within 30 days of receipt of this letter.

Thank You,

Blatt, Hasenmiller, Leibsker & Moore LLC

PLEASE INCLUDE YOUR REFERENCE # ON YOUR PAYMENT

BLD8A(08/01)EE0

**Illinois**        **Indiana**        **Michigan**        **Arizona**        **Pennsylvania**