**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ROBERT H. GARDNER, on behalf of himself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 08-CV-5838 |
| BLATT, HASENMILLER, LEIBSKER & MOORE, LLC, | ) ) ) | Judge Zagel Magistrate Judge Brown |
| Defendant. | ) ) | |

**AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

NOW COMES Defendant Blatt, Hasenmiller, Leibsker & Moore, LLC ("BHLM"), by and through its undersigned counsel, and for its Motion for Extension of Time to Respond to Complaint, states as follows:

1. BHLM was served on November 4, 2008 and its answer is due November 24, 2008. BHLM needs additional time to review the materials in order to file an appropriate responsive pleading to Plaintiff's Complaint.

2. BHLM requests a thirty (30) day extension of time, up to and including December 24, 2008, to file its responsive pleading to Plaintiff's Complaint.

3. Plaintiff has no objection to BHLM's request for an extension of time up to and including December 24, 2008.

WHEREFORE, Defendant Blatt, Hasenmiller, Leibsker & Moore, LLC, respectfully requests that this Honorable Court grant an extension of time, up to and including December 24, 2008 for it to file its responsive pleading to Plaintiff's Complaint and award any further relief this Court deems just and appropriate.

Dated: November 24, 2008                    Respectfully Submitted,

                                                                                  BLATT, HASENMILLER, LEIBSKER &
                                                                                  MOORE, LLC

                                                                                 By: _____/s/ Amy R. Jonker_____
                                                                                        One of its Attorneys

                                                                                        David L. Hartsell
                                                                                        Amy R. Jonker
                                                                                        McGUIREWOODS LLP
                                                                                        77 W. Wacker Drive, Suite 4100
                                                                                        Chicago, Illinois 60601-1815
                                                                                        (312) 849-8100 Phone
                                                                                        (312) 849-3690 Fax
                                                                                        dhartsell@mcguirewoods.com
                                                                                        ajonker@mcguirewoods.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 24, 2008, I electronically filed the foregoing **AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> O. Randolph Bragg
> Craig M. Shapiro
> Horwitz, Horwitz & Assoc.
> 25 East Washington St., Suite 900
> Chicago, IL 60602
> (312) 372-8822
> (312)372-1673 (fax)
> rand@horwitzlaw.com
> craig@horwitzlaw.com
>
> Philip D. Stern
> Wacks & Hartmann, LLC
> 55 Madison Avenue, Suite 320A
> Morristown, NJ 07960-7397
> (973) 644-0770
> (973) 644-2224 (fax)
> pstern@wackslaw.net

/s/ Amy R. Jonker