**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ROBERT H. GARDNER, on behalf of himself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 08-CV-5838 |
| v. | ) ) ) ) | Judge Zagel Magistrate Judge Brown |
| BLATT, HASENMILLER, LEIBSKER & MOORE, LLC, | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

To: See Attached

     PLEASE TAKE NOTICE that on Tuesday**, December 16, 2008**, at the hour of **10:15 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Zagel or any judge sitting in his stead at the Everett McKinley Dirksen Building, 219 South Dearborn, Chicago, Illinois, Courtroom 2503, and then and there present the attached **AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**, a copy of which is served upon you.

Dated: November 24, 2008

Respectfully Submitted,

BLATT, HASENMILLER, LEIBSKER & MOORE, LLC,

By:    /s/ Amy R. Jonker
       One of their Attorneys

David L. Hartsell
Amy R. Jonker
McGUIREWOODS LLP
77 W. Wacker Drive, Suite 4100
Chicago, Illinois 60601-1815
(312) 849-8100 Phone
(312) 849-3690 Fax
dhartsell@mcguirewoods.com
ajonker@mcguirewoods.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 24, 2008, I electronically filed the foregoing **NOTICE OF MOTION** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>O. Randolph Bragg
>Craig M. Shapiro
>Horwitz, Horwitz & Assoc.
>25 East Washington St., Suite 900
>Chicago, IL 60602
>(312)372-8822
>(312) 372-1673 (fax)
>rand@horwitzlaw.com
>craig@horwitzlaw.com
>
>Philip D. Stern
>Wacks & Hartmann, LLC
>55 Madison Avenue, Suite 320A
>Morristown, NJ 07960-7397
>(973) 644-0700
>(973) 644-2224 (fax)
>pstern@wackslaw.net

>/s/ Amy R. Jonker

Active\DEFSERVER2:\ACTIVE\2246\6738614.1