IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT H. GARDNER, on behalf of himself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 08-CV-5838 ) |
| BLATT, HASENMILLER, LEIBSKER & MOORE, LLC, | ) Judge Zagel ) Magistrate Judge Brown ) |
| Defendant. | ) |

## DEFENDANT'S MOTION TO DISMISS

NOW COMES Defendant Blatt, Hasenmiller, Leibsker & Moore, LLC ("BHLM"), by and through its undersigned counsel, and, pursuant to Federal Rule of Civil Procedure 12(b)(6), and request this Court dismiss Plaintiff's complaint for failure to state a claim upon which relief can be granted.

WHEREFORE, Defendant requests this Court enter an order dismissing Plaintiff's claims against it with prejudice, awarding Defendant its costs and fees incurred herein, and entering such further relief as this Court deems just, necessary and proper.

Dated: January 29, 2009

Respectfully Submitted,

BLATT, HASENMILLER, LEIBSKER & MOORE, LLC

By: /s/ Amy R. Jonker
One of its Attorneys

David L. Hartsell
Amy R. Jonker
McGUIREWOODS LLP
77 W. Wacker Drive, Suite 4100
Chicago, Illinois 60601-1815

(312) 849-8100 Phone
(312) 849-3690 Fax
dhartsell@mcguirewoods.com
ajonker@mcguirewoods.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that on January 29, 2009, I electronically filed the foregoing **MOTION TO DISMISS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>O. Randolph Bragg
>Craig M. Shapiro
>Horwitz, Horwitz & Assoc.
>25 East Washington St., Suite 900
>Chicago, IL 60602
>(312) 372-8822
>(312)372-1673 (fax)
>rand@horwitzlaw.com
>craig@horwitzlaw.com
>
>Philip D. Stern
>Wacks & Hartmann, LLC
>55 Madison Avenue, Suite 320A
>Morristown, NJ 07960-7397
>(973) 644-0770
>(973) 644-2224 (fax)
>pstern@wackslaw.net

>/s/ Amy R. Jonker