# Exhibit A



NATIONAL ARBITRATION
**FORUM**

*A FORUM Dispute Management Organization*

August 14, 2007

Robert H Gardner
4319 E Wescott Dr
Phoenix, AZ 85050

FIA Card Services, N.A., formerly known as MBNA America Bank, N.A.
c/o Mann Bracken, LLC
Clayton D. Moseley, Esq.
2727 Paces Ferry Road
One Paces West, 14th Floor
Atlanta, GA 30339

**RE: FIA Card Services, N.A., formerly known as MBNA America Bank, N.A. v Robert H Gardner**
**File Number: FA0706000999139**
**Claimant Reference Number: 70178490**

Dear Parties:

Enclosed and served upon you by United States Mail is a copy of the **Award**, which has been entered in this matter.

This case is now closed with the National Arbitration Forum. All future inquiries regarding this case should be directed to the opposing Party.

Sincerely,

Danielle R Kranz
Case Coordinator
Enclosure

# NATIONAL ARBITRATION FORUM

FIA Card Services, N.A., formerly known as MBNA America Bank, N.A.
c/o Mann Bracken, LLC
2727 Paces Ferry Road
One Paces West, 14th Floor
Atlanta, GA 30339

**CLAIMANT(s),**

**AWARD**

RE: FIA Card Services, N.A., formerly known as MBNA America Bank, N.A. v Robert H Gardner
File Number: FA0706000999139
Claimant Account Number: 4264287999638949

Robert H Gardner
4319 E Wescott Dr
Phoenix, AZ 85050

**RESPONDENT(s).**

The undersigned Arbitrator in this case FINDS and CONCLUDES:

### Case Summary

1. The Claimant has filed a Claim with the National Arbitration Forum.
2. After Proof of Service of the Claim was filed with the Forum, the Forum mailed to Respondent a Second Notice of Arbitration.
3. An arbitration hearing notice was duly delivered to the Parties as required by the Forum Rules.
4. The Parties have had the opportunity to present all evidence and information to the Arbitrator.
5. The Arbitrator has reviewed all evidence submitted in this case.

### Decision

1. The Arbitrator knows of no conflict of interests that exist.
2. This matter involves interstate commerce and the Federal Arbitration Act governs this arbitration.
3. The Claim was properly served on the Respondent by Claimant in accordance with Rule 6, including a Notice of Arbitration.
4. On or before 06/05/2007 the Parties entered into a written agreement to arbitrate their dispute.
5. No Party has asserted that this Arbitration Agreement is invalid or unenforceable.
6. The Parties' Arbitration Agreement is valid and enforceable and governs all the issues in dispute.
7. This matter is arbitrable under the terms of the Parties' Arbitration Agreement and the law.
8. This matter has proceeded in accord with the applicable Forum Code of Procedure Rules.
9. The evidence submitted supports the issuance of this Award.
10. The applicable substantive law supports the issuance of the Award.

**Therefore, the Arbitrator ISSUES:**
An Award in favor of the Claimant, for a total amount of $21,879.47.

Entered and Affirmed in the State of Arizona

Joseph B. Swan, Jr., Esq.
Arbitrator

Date: 08/13/2007

**ACKNOWLEDGEMENT AND CERTIFICATE OF SERVICE**
This Award was duly entered and the Forum hereby certifies that pursuant to the Parties' Arbitration Agreement, a copy of this Award was sent by first class mail postage prepaid to the Parties at the above referenced addresses, or their Representatives, on this date.

Honorable Harold Kalina, Ret.
Director
Date: 08/14/2007



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

July 16, 2007

US

Dear Customer:

The following is the proof of delivery you requested with the tracking number **790266774821**.

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | 4319 E WESCOTT DR |
| **Signed for by:** | L. GARDNER | | Phoenix, AZ 85050 |
| **Service type:** | Express Saver Envelope | **Delivery date:** | Jun 13, 2007 11:54 |
| **Instructions:** | The Signature | | |

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 790266774821 | **Ship date:** | Jun 11, 2007 |
| | | **Weight:** | 0.5 lbs. |

**Recipient:**
Robert Gardner
70178490
4319 E Wescott Dr
Phoenix, AZ 85050 US

**Shipper:**
James D. Branton, Esq.
MANN BRACKEN, LLC
One Paces West, Suite 1400
2727 Paces Ferry Road
Atlanta, GA 30339 US

**Reference**

70178490

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339