**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

Robert H. Gardner Sr.

                          Plaintiff,

v.                                                Case No.: 1:08−cv−05838
                                                   Honorable James B. Zagel

Blatt, Hasenmiller, Leibsker & Moore, LLC.

                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 24, 2009:

      MINUTE entry before the Honorable James B. Zagel:Status hearing held on 3/24/2009. For the reasons stated in open court, defendant's motion to dismiss [16] is granted. Motion for reconsideration to be filed on or by 4/14/2009. Civil case terminated. Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.